IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 19-02503 |
|    Shiraza M Khan and Suhail T Khan ) | |
| ) | Chapter 13 |
| ) | |
|    Debtor. ) | Judge LaShonda A. Hunt |

NOTICE OF MOTION

TO:   Shiraza M Khan and Suhail T Khan, 5503 McDonough Rd Hoffman Estates, IL 60192

*via US mail*

Marilyn O Marshall, *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

*See attached service list*

    PLEASE TAKE NOTICE that on **February 11, 2019 at 9:30 AM** I shall appear before the Honorable LaShonda A. Hunt at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois, 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

                                                          By:    /s/ *David H. Cutler*
                                                                            David H. Cutler
                                                                            Counsel for Debtor(s)
                                                                            Cutler & Associates, Ltd.
                                                                            4131 Main St,
                                                                            Skokie, IL 60076
                                                                            Phone: (847) 673-8600

CERTIFICATE OF SERVICE

    I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on February 4, 2019 before the hour of 6:00 p.m.

                                                          By:    */s/ David H. Cutler*
                                                                            David H. Cutler, esq.,

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: ) Case No.: 19-02503
    Shiraza M Khan and Suhail T Khan )
) Chapter 13
)
    Debtor(s) ) Judge LaShonda A Hunt

## MOTION TO EXTEND STAY

NOW COME the Debtors, Shiraza M Khan and Suhail T Khan, by and through their attorneys, the law office of CUTLER & ASSOCIATES, LTD., and in support of their Motion, state as follows:

1) The Court has jurisdiction over the proceeding pursuant to 28 USC 1334 and the is a "core proceeding" under 28 USC 157(b)(2).

2) The Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on January 29, 2019.

3) The Debtors proposed a plan that will repay 12% to their general unsecured creditors with payments of $772 for 48 months and $963 for 12 months.

4) The Debtors had a prior Chapter 13 case, that was dismissed on November 19 2018, Case No: 18-01407, within a year of filing, due to the Trustee's motion to dismiss for failure to make plan payments.

5) In the prior case, Debtors experienced a significant decrease in household income.

6) In the prior case, Debtor, Suhail Khan, experienced income loss, as his social security benefits suddenly stopped and this caused Debtor's to fall behind living expenses and plan payments.

7) In the instant case, Debtors are both working full time and Debtor, Suhail Khan, social security benefits have been reinstated. The Debtors household income has increased allowing them to afford their Trustee plan payments and living expenses.

8) In the instant case, Debtor, Suhail Khan, will be on payroll control, an order has been filed and entered as of February 1, 2019.

9) In the instant case, Debtors have had a positive change in circumstances, both Debtors are working full time with steady income, Debtor, Suhail Khan has had his social security benefits reinstated and the Debtors household income has increased allowing Debtors to afford their monthly plan payments. Debtor, Suhail Khan will be on payroll control, an order was entered on February 1, 2019. Debtors can afford their monthly Trustee plan payments in a feasible chapter 13 plan.

10) Debtors have provided this Honorable Court with an affidavit of change and income and expense schedules, see attached Affidavit and schedules I and J from their previous chapter 13 bankruptcy case, and the schedules I and J from their current chapter 13 bankruptcy case. See Affidavit and Exhibits A and B respectively.

WHEREFORE, the Debtors pray that this Honorable Court enter an Order Extending the Automatic Stay, and for such further relief that the Honorable Court may deem just and proper.

Dated: 2/4/19                                          Respectfully Submitted,

                                                       By:    */s/ David H. Cutler*
                                                              David H. Cutler, esq.,
                                                              Counsel for Debtor(s)
                                                              Cutler & Associates, Ltd.
                                                              4131 Main St,
                                                              Skokie, IL 60076
                                                              Phone: (847) 673-8600