# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:  )  Case No.: 19-02503
    Suhail Khan and  )
    Shiraza M Khan  )  Chapter 13
  )
    Debtor(s)  )  Judge: LaShonda A. Hunt
  )

## AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY

WE, Suhail Khan and Shiraza M Khan, state that:

1) Within the last year, we acknowledge that we filed a prior Chapter 13 Bankruptcy case that was dismissed. The prior case number 18-01407 was dismissed on November 19, 2018 due to the Trustee's motion to dismiss for failure to make plan payments.
2) In the prior case, we experienced a significant decrease in household income.
3) In the prior case, I, Suhail Khan, experienced income loss, as my Social Security Benefits were stopped suddenly and this caused my spouse and I to fall behind on plan payments and living expenses.
4) In the instant case, I, Suhail Khan, am now working full time and my Social Security Benefits have been reinstated. Our household income has increased allowing us to afford the bankruptcy plan payments and living expenses.
5) In the instant case, I, Suhail Khan will have then plan payments deducted directly from my paycheck.
6) In the instant case, we have had a positive change in circumstances, I, Suhail Khan am back to work full time, my Social Security Benefits have been reinstated, and the household income has increased allowing us to afford our plan payments and I, Suhail Khan will have the plan payments deducted directly from my paycheck. We can afford to make my monthly Trustee payments in a feasible Chapter 13 Plan.

_____
Suhail Khan

_____
Shiraza M Khan

Subscribed and sworn to before me this 4 day of February 2019.

_____
Notary Public
My commission expires 07/30, 2022

OFFICIAL SEAL
STUART SWANSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/30/22