IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Shiraza M Khan
Suhail T Khan

Debtors

Bankruptcy No. 19-02503
Judge LaShonda A. Hunt
Chapter: 13

## NOTICE OF MOTION

TO:   Shiraza M Khan, 5503 McDonough Rd, Hoffman Estates, IL 60192
Suhail T Khan, 5503 McDonough Rd, Hoffman Estates, IL 60192
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
David H. Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Please take notice on July 29, 2019 at 9:30 a.m., I shall appear before the Honorable LaShonda A. Hunt, in Courtroom 719, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached motion at which time you may appear if you wish.

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC #6243494

## CERTIFICATE OF SERVICE

I, Josephine J. Miceli, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on July 16, 2019. The remaining parties were served by the CM/ECF electronic noticing system.

/s/ Josephine J. Miceli
Josephine J. Miceli, IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Shiraza M Khan
Suhail T Khan
           Debtors

Bankruptcy No. 19-02503
Judge LaShonda A. Hunt
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Select Portfolio Servicing Inc. as the servicing agent for Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 (hereinafter "Movant"), through its attorney, Josephine J. Miceli of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated June 24, 2005 on the property located at 5503 McDonough Road, Hoffman Estates, IL 60192, in the original amount of $272,000.00. (A copy of the Note, Mortgage, Assignment of Mortgage, and Loan Modifications are attached as Exhibit A, B, C, and D respectively and incorporated herein by reference).

2. The above-captioned Chapter 13 case was filed on January 29, 2019 and the Debtors' Plan was confirmed on April 29, 2019.

3. The confirmed plan provides for the Debtors to be the disbursing agent for the post petition mortgage payments and the Chapter 13 Trustee to be disbursing agent for the pre-petition arrears.

4. As of July 3, 2019, the Debtors have failed to maintain post-petition payments thereby accruing a default of 4 payments from April 1, 2019 through July 1, 2019 for

a post-petition arrearage total of $4,459.80. A summary of the post-petition arrearage is as follows:

April 1, 2019 to July 1, 2019, 4 payments at $1,114.95 each

5. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6. That should the Debtors wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

7. The Debtor's failure to maintain post-petition payments in accordance with the plan is cause for relief from the stay pursuant to 11 U.S.C. § 362(d).

8. The Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, Select Portfolio Servicing Inc. as the servicing agent for Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5 prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

/s/ Josephine J. Miceli
Josephine J. Miceli, ARDC #6243494
Attorney for Select Portfolio Servicing Inc. as the servicing agent for Wells Fargo Bank, National Association, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2005-HE5, Mortgage Pass-Through Certificates, Series 2005-HE5

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC

230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE