UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-02503 |
| SHIRAZA M. KHAN | ) | |
| SUHAIL T. KHAN | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause, coming on to be heard pursuant to the Motion of Princeton Condominium Association to modify the automatic stay, Princeton Condominium Association appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court, being duly advised in the premises:

NOW ORDERS:

1. The Motion of Princeton Condominium Association to Modify the Automatic Stay is hereby granted.

2. Princeton Condominium Association is hereby permitted to proceed with its eviction action in respect to the property commonly known as 5503 McDonough Road, Hoffman Estates, Illinois to file its lien on the property and to collect assessments against the Debtor pre and post-petition.

3. Rule 4001 (a) (3) is not applicable, and the effect of this order is not stayed.

4. This order is effective March 24, 2020.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: February 24, 2020

**Prepared by:**

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CPR21-61003)