UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-02503 |
| Shiraza M Khan | ) | |
| Suhail T Khan | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO VACATE ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS MATTER coming to be heard on the Motion of Debtors to Vacate Order Granting Motion for Relief from Stay;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. That the Order granting the Motion for Relief from Stay as to Princeton Condominium Association, with an effective date of March 24, 2020 entered on February 24, 2020, at docket entry number 47, is hereby vacated.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: April 06, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600