UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | Case Number: 19-02503 |
| ) | |
| SHIRAZA M. KHAN ) | Chapter: 13 |
| SUHAIL T. KHAN ) | |
| ) | Honorable David D. Cleary |
| ) | |
| Debtor(s) ) | |

**AGREED ORDER CONDITIONING AUTOMATIC STAY**

This cause coming to be heard on the motion of Princeton Condominium Association through its attorneys Ronald J. Kapustka of Kovitz Shifrin Nesbit to modify the stay, the Court being fully advised;

IT IS ORDERED:

1. That the Debtor(s) shall cure the default through March 23, 2020 of $2,707.75 by submitting payment of $270.78 monthly, in addition to the regular monthly assessment, for 10 months with the first payment on or before April 1, 2020 and a final payment on or before January 1, 2021. If Debtor fails to do so, the default provisions of paragraph 3, below, shall apply. These payments are to be made in addition to the regular monthly assessments and any other payments required under the Debtor's plan.

2. Effective immediately, the Debtor(s) shall make timely post-petition assessment payments to Princeton Condominium Association. If the Debtor fails to tender the post-petition monthly payments due Princeton Condominium Association accruing thereby a two-month default, then the default provisions of paragraph 3, below, shall apply.

3. Effective immediately, the chapter 13 Trustee shall resume trustee payments pursuant to the terms of the confirmed Plan to Princeton Condominium Association for its pre-petition claim.

4. If the Debtors fail to comply with the terms of paragraphs 1 or 2 above, then the automatic stay shall be modified, without further order of court, so as to allow Princeton Condominium Association to proceed with its eviction, or any other action to preserve and enforce its rights, and to collect assessments, legal fees, and costs against the Debtor pre and post petition, with regard to the property commonly known as 5503 McDonough Road, Hoffman Estates, Illinois, PROVIDED that written notice of default is mailed to the Debtor(s) and Debtor(s) attorney and the default specified therein is not cured within fourteen (14) days of the mailing of the notice.

5. If the automatic stay is modified pursuant to paragraph 4 above, Princeton Condominium Association shall file a Notice of Failure to Comply with the clerk of the court. This relief from the

automatic stay will survive the conversion of the current chapter to any other chapters under Title 11.

6. The Debtor(s) may elect to cure within the fourteen (14) day period by tendering the required funds along with a $198.75 service fee to the offices of Kovitz Shifrin Nesbit at the address below. Cure must be made payable to Princeton Condominium Association. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fails to cure.

Enter: *[signature]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: April 6, 2020

**Prepared by:**

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CPR21-61003)

AGREED TO BY:

*[signature]*
Ronald J. Kapustka, Esq.
Kovitz Shifrin Nesbit
Attorney for Movant

*[signature]*
Cutler & Associates, Ltd.
Attorney for Debtors