IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Shiraza M Khan
Suhail T Khan

Debtors

Bankruptcy No. 19-02503
Judge David D. Cleary
Chapter: 13

## NOTICE OF DEFAULT

NOTICE IS HEREBY GIVEN that the Debtors have defaulted under the terms of the August 12, 2019 Agreed Order Conditioning Automatic Stay, a copy of which is attached. The present default is calculated as follows:

Stipulation payments due:
    December 1, 2019 to February 1, 2019 3 payments of $929.12 each    $2,787.36
Post Petition Payments due:
    January 1, 2020 to March 1, 2020 3 payments of $1,155.83 each    $9,238.09
    April 1, 2020 to August 1, 2020 each 5 payments of $1,154.12 each
Less Suspense Balance:    ($710.17)
TOTAL DEFAULT    $11,315.28

PURSUANT TO THE TERMS of August 12, 2019 Agreed Order Conditioning Automatic Stay, the automatic stay will be modified unless cure is made pursuant to the terms of the order.

## CERTIFICATE OF SERVICE

TO:    Shiraza M Khan, 5503 McDonough Rd, Hoffman Estates, IL 60192
        Suhail T Khan, 5503 McDonough Rd, Hoffman Estates, IL 60192
        David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076

I, Kenneth W. Bach, an attorney, certify that I caused copies of this notice of default to be mailed to the parties listed above on August 10, 2020, by U.S. Mail, postage prepaid, at U.S. Mail at 633 W. Wisconsin Avenue, Suite 408, Milwaukee, WI 53203. The remaining parties were served by this Court's CM/ECF electronic noticing system.

        /s/ Kenneth W. Bach
        Kenneth W. Bach, IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY**
**INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**